1  JULIE RANEY (SBN 176060)
   McDONOUGH HOLLAND & ALLEN PC
2  Attorneys at Law
   555 Capitol Mall, 9th Floor
3  Sacramento, CA  95814
   Phone: 916.444.3900
4  Fax:    916.444.3249

5  Attorneys for Defendants John Muir Health and
   John Muir Medical Foundation
6
   THOMAS N. STEWART, III (SBN 88128)
7  ATTORNEY AT LAW
   369 Blue Oak Lane, 2nd Floor
8  Clayton, CA  94517
   Phone: 925.6728452
9  Fax:    925.673-1729

10 Attorneys for Plaintiff Jesus Torres

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13 JESUS TORRES,                    )   No. CV 08 0237 EMC
                                    )
14              Plaintiff,          )   **STIPULATION FOR AN EXTENSION**
                                    )   **OF TIME FOR DEFENDANTS JOHN**
15      v.                          )   **MUIR HEALTH AND JOHN MUIR**
                                    )   **MEDICAL FOUNDATION TO**
16 JOHN MUIR HEALTH,                )   **RESPOND TO COMPLAINT**
   JOHN MUIR MEDICAL FOUNDATION,    )
17                                  )
                Defendants.         )
18 _____      )

19        IT IS HEREBY STIPULATED by and between Plaintiff Jesus Torres and Defendants John

20 Muir Health and John Muir Medical Foundation, through their undersigned counsel, that Defendants'

21 time to respond to the complaint filed by Jesus Torres in this case, shall be extended to April 18,

22 2008.

23 DATED:  March 18, 2008          McDONOUGH HOLLAND & ALLEN PC
                                   Attorneys at Law
24
                                   By: _____
25                                              /s/ Julie Raney
                                               JULIE RANEY
26                                 Attorneys for Defendants John Muir Health and
                                   John Muir Medical Foundation
27
   DATED:  March 18, 2008          _____
28                                            /s/ Thomas N. Stewart, III
                                            THOMAS N. STEWART, III
                                   Attorneys for Plaintiff Jesus Torres

STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT        1083277v1 36136/0002

MHA
cDonough Holland & Allen PC
Attorneys at Law