| | |
|---|---|
| 1 | JULIE RANEY (SBN 176060) |
|   | McDONOUGH HOLLAND & ALLEN PC |
| 2 | Attorneys at Law |
|   | 555 Capitol Mall, 9th Floor |
| 3 | Sacramento, CA  95814 |
|   | Phone: 916.444.3900 |
| 4 | Fax:    916.444.3249 |

Attorneys for Defendants John Muir Health and John Muir Medical Foundation

THOMAS N. STEWART, III (SBN 88128)
ATTORNEY AT LAW
369 Blue Oak Lane, 2nd Floor
Clayton, CA  94517
Phone: 925.6728452
Fax:    925.673-1729

Attorneys for Plaintiff Jesus Torres

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | No. CV 08 0237 EMC |
| Plaintiff, | **STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS JOHN MUIR HEALTH AND JOHN MUIR MEDICAL FOUNDATION TO RESPOND TO COMPLAINT** ; ORDER |
| v. | |
| JOHN MUIR HEALTH, JOHN MUIR MEDICAL FOUNDATION, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Jesus Torres and Defendants John Muir Health and John Muir Medical Foundation, through their undersigned counsel, that Defendants' time to respond to the complaint filed by Jesus Torres in this case, shall be extended to April 18, 2008.

DATED: March 18, 2008

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law

By: _____/s/ Julie Raney_____
JULIE RANEY
Attorneys for Defendants John Muir Health and
John Muir Medical Foundation

_____/s/ Thomas N. Stewart, III_____
THOMAS N. STEWART, III
Attorneys for Plaintiff Jesus Torres

DATED: March __, 2008
IT IS SO ORDERED

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Edward M. Chen
U.S. Magistrate Judge

STIPULATION FOR AN EXTENSION OF TIME TO RESPOND TO COMPLAINT

1

1083277v1 36136/0002