1  JULIE RANEY (SBN 176060)
   McDONOUGH HOLLAND & ALLEN PC
2  Attorneys at Law
   555 Capitol Mall, 9th Floor
3  Sacramento, CA  95814
   Phone: 916.444.3900
4  Fax:   916.444.3249

5  Attorneys for Defendants John Muir Health and
   John Muir Medical Foundation
6
   THOMAS N. STEWART, III (SBN 88128)
7  ATTORNEY AT LAW
   369 Blue Oak Lane, 2nd Floor
8  Clayton, CA  94517
   Phone: 925.672.8452
9  Fax:   925.673.1729

10 Attorneys for Plaintiff Jesus Torres

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 | JESUS TORRES,                  ) Case No. CV 08-0237 EMC
   |                                )
16 |            Plaintiff,          ) **STIPULATION AND [PROPOSED]**
   |                                ) **ORDER TO CONTINUE CASE**
17 |      v.                        ) **MANAGEMENT CONFERENCE**
   |                                )
18 | JOHN MUIR HEALTH,              )
   | JOHN MUIR MEDICAL FOUNDATION   )
19 |                                )
   |            Defendants.         )
20

21     The parties to the above-captioned matter, by and through their respective undersigned

22 counsel, hereby stipulate to and request an order to continue the case management conference

23 currently set for April 23, 2008 because defendants' counsel will be in trial.

24 DATED: April 2, 2008              McDONOUGH HOLLAND & ALLEN PC
                                     Attorneys at Law
25

26
                                     By: _____/s/ Julie Raney_____
27                                              JULIE RANEY
                                     Attorneys for Defendants John Muir Health and John
28                                   Muir Medical Foundation

1

STIP. & [PROPOSED] ORDER TO CONTINUE INITIAL CMC                           1086689v1 36136/0002

DATED: April 2, 2008                    THOMAS N. STEWART, III


By: _____*/s/ Thomas N. Stewart, III*_____
              THOMAS N. STEWART, III

Attorney for Plaintiff Jesus Torres


**ORDER**

Having read the foregoing Stipulation and good cause appearing therefor,

IT IS SO ORDERED that the Initial Case Management Conference is continued to _____, 2008.


DATED: _____, 2008    _____
                                                JUDGE OF THE U.S. DISTRICT COURT