JULIE RANEY (SBN 176060)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

Attorneys for Defendants John Muir Health and
John Muir Medical Foundation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN MUIR HEALTH,<br>JOHN MUIR MEDICAL FOUNDATION<br><br>　　　　　Defendants. | Case No. CV 08-0237 EMC<br><br>**DEFENDANTS' CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED:  April 4, 2008　　　　　　　　McDONOUGH HOLLAND & ALLEN PC
　　　　　　　　　　　　　　　　　　　　Attorneys at Law


　　　　　　　　　　　　　　　　　　By:  _____/s/ Julie Raney_____
　　　　　　　　　　　　　　　　　　　　　　　JULIE RANEY

　　　　　　　　　　　　　　　　　　Attorneys for Defendants John Muir Health and John
　　　　　　　　　　　　　　　　　　Muir Medical Foundation