JULIE RANEY (SBN 176060)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

Attorneys for Defendants John Muir Health and
John Muir Medical Foundation

THOMAS N. STEWART, III (SBN 88128)
ATTORNEY AT LAW
369 Blue Oak Lane, 2nd Floor
Clayton, CA  94517
Phone: 925.672.8452
Fax:    925.673.1729

Attorneys for Plaintiff Jesus Torres

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>             Plaintiff,<br><br>      v.<br><br>JOHN MUIR HEALTH,<br>JOHN MUIR MEDICAL FOUNDATION<br><br>             Defendants. | Case No. CV 08-0237 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The parties to the above-captioned matter, by and through their respective undersigned counsel, hereby stipulate to and request an order to continue the case management conference currently set for April 23, 2008 because defendants' counsel will be in trial.

DATED: April 2, 2008                    McDONOUGH HOLLAND & ALLEN PC
                                        Attorneys at Law



                                        By: _____/s/ Julie Raney_____
                                               JULIE RANEY
                                        Attorneys for Defendants John Muir Health and John
                                        Muir Medical Foundation

DATED: April 2, 2008                              THOMAS N. STEWART, III


By: _____/s/ Thomas N. Stewart, III_____
               THOMAS N. STEWART, III

Attorney for Plaintiff Jesus Torres


**ORDER**

Having read the foregoing Stipulation and good cause appearing therefor,

IT IS SO ORDERED that the Initial Case Management Conference is continued to _____May 14_____, 2008. A joint case management conference statement shall be filed by May 7, 2008

DATED: _____April 4_____, 2008    _____
                                                      JUDGE OF THE U.S. DISTRICT COURT

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]*