THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Jesus Torres

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | Case No.  C 08-237 EMC |
| Plaintiff, | |
| v. | PLAINTIFF'S NOTICE OF NEED FOR ADR TELEPHONE CONFERENCE |
| JOHN MUIR HEALTH, JOHN MUIR MEDICAL FOUNDATION, | |
| Defendants. _____/ | |

　　　　Despite leaving two voice-mail messages, Plaintiff's counsel has been unable to get in contact with Defense counsel, and has thus been unable to enter into an ADR agreement. Therefore, in order to comply with this Court's "Notice Re: Noncompliance with Court Order", Plaintiff hereby gives notice that an ADR telephone conference is needed.

　　　　The following counsel will participate in the ADR phone conference:

Thomas N. Stewart, III; representing Plaintiff; (925) 672-8452; t_stew_3@yahoo.com

Julie Raney; representing Defendants; (916) 325-5890; jraney@mhalaw.com

　　　　Plaintiff's counsel is not having any sort of problem with Defense counsel. Plaintiff's

C 08-237 EMC　　　　　　　　　　　　1

counsel assumes that Defense counsel must be on vacation or in trial. The only reason this Notice is being filed unilaterally, is that Plaintiff's counsel wants to comply with the above-referenced Notice.

May 6, 2008

S/Thomas N. Stewart, III
Attorney for Plaintiff
