THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Jesus Torres

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | Case No. C 08-237 EMC |
| Plaintiff, | CERTIFICATE OF INTERESTED PARTIES |
| v. | |
| JOHN MUIR HEALTH, JOHN MUIR MEDICAL FOUNDATION, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

May 6, 2008

                                                S/Thomas N. Stewart, III
                                                  Attorney for Plaintiff