THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Jesus Torres

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | Case No. C 08-237 EMC |
| Plaintiff, | PLAINTIFF'S INITIAL DISCLOSURES |
| v. | |
| JOHN MUIR HEALTH, JOHN MUIR MEDICAL FOUNDATION, | |
| Defendants. | |

I, Thomas N. Stewart, III certify that to the best of my knowledge, information and belief, formed after an inquiry that is reasonable under the circumstances, this disclosure is complete and correct as of the time it is made.

Date: May 6, 2008

S/THOMAS N. STEWART, III
Attorney for Plaintiff

C 08-237 EMC                                      1

## INITIAL DISCLOSURES

**Rule 26(a)(1)(A): the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:**

Plaintiff and his wife.

**Rule 26(a)(1)(B): a copy of , or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:**

The Blackseth Report.

**Rule 26(a)(1)(C): a computation or any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

None.

**Rule 26(a)(1)(D): for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:**

N/A

**End**