1  JULIE RANEY (SBN 176060)
   PATRICK HOLSTINE (SBN 253292)
2  McDONOUGH HOLLAND & ALLEN PC
   Attorneys at Law
3  555 Capitol Mall, 9th Floor
   Sacramento, CA  95814
4  Phone: 916.444.3900
   Fax:    916.444.3249
5
   Attorneys for Defendants John Muir Health and
6  John Muir Medical Foundation

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 JESUS TORRES,                    )  Case No. CV 08-0237 EMC
                                    )
12           Plaintiff,              )  **CERTIFICATE OF INTERESTED**
                                    )  **PARTIES**
13    v.                             )
                                    )
14 JOHN MUIR HEALTH,                )
   JOHN MUIR MEDICAL FOUNDATION    )
15                                  )
             Defendants.            )
16                                  )

17

18        Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the

19 named parties, there is no such interest to report.

20 DATED:  May 6, 2008

21                                         McDONOUGH HOLLAND & ALLEN PC
                                           Attorneys at Law
22

23
                                           By: _____/s/ Julie Raney_____
24                                                 JULIE RANEY

25                                         Attorneys for Defendants John Muir Health and
                                           John Muir Medical Foundation
26

27

28