**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**

**E-FILING**

**Date:** May 14, 2008

**Case No:** C08-0237 EMC    **FTR Time:** 1:33-1:37 p.m.

**Case Name:** Jesus Torres v. John Muir Health, et al.

**Attorneys:**   Tom Stewart, III for Plaintiff
Julie Raney for Defendants

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

CMC - Held

**ORDERED AFTER HEARING:**

Parties informed court that this case will most likely be settled within 30 days. A trial date has not been set. Trial will be set at the next case management conference if case not settle. Formal discovery shall be stayed. Parties shall contact court if ADR is needed. Further CMC set for 8/6/08 at 2:30 p.m. An Updated Joint CMC Statement shall be filed by 7/30/08.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:** 8/6/08 at 2:30 p.m. for Further Case Management Conference. Updated Joint Case Management Statement shall be filed by 7/30/08.

cc: EMC