THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Jesus Torres

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | Case No.  C 08-237 EMC |
| Plaintiff, | JOINT CASE MANAGEMENT CONFERENCE STATEMENT and REQUEST TO CONTINUE THE CASE MANAGEMENT CONFERENCE ORDER |
| v. | August 6, 2008 |
| JOHN MUIR HEALTH, JOHN MUIR MEDICAL FOUNDATION, | 2:30 p.m. Courtroom C; 15th Floor; SF |
| Defendants. | |
| _____/ | |

**The parties to the above-entitled action jointly submit this Updated Case Management Statement:**

Since the last Case Management Conference, the parties have worked diligently and cooperatively towards settlement.  A draft Settlement Agreement and a draft Dismissal have been circulated.

The parties have a basic agreement as to the terms of the injunctive relief.  The details are being worked out.  The parties anticipate being able to reach an agreement on the details of the injunctive relief soon.

C 08-237 EMC                                    1

      The parties do not have an agreement as to the monetary amount of the settlement. However, based on prior experience, the parties expect that once the details of the injunctive relief are agreed, that an agreement on the monetary amount, and then a dismissal of this action will shortly follow.

      Nevertheless, in order to avoid the need for a further Case Management Conference, the parties request that the Court set this Action for a trial.

      Based on the above, the parties request that this Case Management Conference be continued for 30 days, with the hope that they can avoid the expense of attending it.

Date:  July 29, 2008          S/Thomas N. Stewart, III,
                              Attorney for Plaintiff

Date:  July 29, 2008          S/Julie Raney,
                              Attorney for Defendants

IT IS SO ORDERED that the Case Management Conference is reset from 8/6/08 to 9/10/08 at 2:30 p.m. A Joint CMC Statement is due 9/3/08.

_____
Edward M. Chen
U.S. Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen