THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Jesus Torres

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | Case No. C 08-237 EMC |
| Plaintiff, | PLAINTIFF'S CASE MANAGEMENT STATEMENT |
| v. | |
| JOHN MUIR HEALTH, | September 10, 2008 |
| JOHN MUIR MEDICAL | 2:30 p.m. |
| FOUNDATION, | Courtroom C; 15th Floor; SF |
| Defendants. | |
| _____/ | |

    Plaintiff submits the following Updated Statement:

    Plaintiff agreed to continue the last Conference, based on the representation by Defendant that it would work with Plaintiff toward settlement. Since then, nothing has happened as Plaintiff waits to learn (1) of Defendant's response to the draft Settlement Agreement which Plaintiff provided to Defendant on July 29, 2008 and (2) of Defendant's construction schedule.

    Plaintiff will not agree to another continuance. This case needs to be set for trial.

    This Statement was filed by Plaintiff, solely, because it needed to be filed today,

Defense counsel was not in her office, and Plaintiff's counsel was scheduled to leave his office for the remainder of the day.

September 3, 2008

S/Thomas N. Stewart, III
Attorney for Plaintiff