JULIE RANEY (SBN 176060)
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
555 Capitol Mall, 9th Floor
Sacramento, CA  95814
Phone: 916.444.3900
Fax:    916.444.3249

Attorneys for Defendants John Muir Health and
John Muir Medical Foundation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES,<br><br>        Plaintiff,<br><br>  v.<br><br>JOHN MUIR HEALTH,<br>JOHN MUIR MEDICAL FOUNDATION,<br><br>        Defendants. | Case No. CV 08-0237 EMC<br><br>**DEFENDANTS' FURTHER CASE MANAGEMENT STATEMENT**<br><br>DATE:          September 10, 2008<br>TIME:          2:30 p.m.<br>COURTROOM:  Courtroom C, 15th Floor<br>                              San Francisco |

Defendants submit this case management conference statement to supplement information provided in previous statements. Defendants refer to the other statements filed previously in this matter for additional information.

Defendants have developed an accessible signage schedule to accomplish the agreed upon injunctive relief. There remains several operational issues and timeliness that need to be addressed before a complete settlement can be reached. Defendants do not object to this matter being set for trial.

DATED: September 3, 2008

McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law


By: _____ /s/ Julie Raney _____
                JULIE RANEY
Attorneys for Defendants John Muir Health and
John Muir Medical Foundation