THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Jesus Torres

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS TORRES, | Case No. C 08-237 EMC |
| Plaintiff, | STIPULATION OF DISMISSAL; ORDER |
| v. | |
| JOHN MUIR HEALTH, JOHN MUIR MEDICAL FOUNDATION, | |
| Defendants. _____/ | |

The parties hereto stipulate as follows:

The parties have reached a full and final settlement of all issues in this action. A Settlement Agreement between the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future. The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth. The parties request the Court to retain jurisdiction for four years from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994). The

reason for the request that the Court retain jurisdiction for four years is that Defendants' performance of a portion of the Settlement Agreement is tied to ongoing construction, which is predicted to last approximately four years.

Although the parties are hereby dismissing this action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for four years after the date hereof.

Date: November 6, 2008     Date: November 7, 2008

S/Julie Raney,  
Attorney for Defendants

S/Thomas N. Stewart, III,  
Attorney for Plaintiff

IT IS SO ORDERED:

Date: November 12, 2008

_____  
Judge/Magistrate



C 08-237 EMC     2